UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL WAYNE WADDLE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number: |
| | ) **1:15-cv-01451-AKK-JEO** |
| **COMMISSIONER JEFF DUNN and WARDEN JOSEPH HEADLEY**, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on March 24, 2017, recommending the defendants' motion for summary judgment be granted. Doc. 16. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court. Doc. 16 at 12.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** the 25th day of April, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE